UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 20-CR-00229 (RCL) |
| | : | |
| v. | : | (UNDER SEAL) |
| | : | |
| BRITTANY PRESCOTT | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Government's Motion to Unseal to Enforce Restitution Order and the entire record herein, it is this 26th day of March/~~April~~, 2024, hereby:

ORDERED, that the case is hereby unsealed to permit the full civil or administrative enforcement of the Court's criminal monetary penalties order contained in the judgment, which unsealing also contemplates such public disclosure of documents in the case as necessary under the Mandatory Victims Restitution Act and applicable federal offset provisions.

_____
ROYCE C. LAMBERTH, JUDGE
UNITED STATES DISTRICT COURT